B. L. RIESNER and TITO FERRI v. DAVID ROSENTHAL and SUPER VENT WINDOW COMPANY, a Florida corporation.

9 So. (2nd) 722        Division B
September 29, 1942

L. A. Schroeder, Jr., for appellants.
E. L. Lockhart, for appellee.

PER CURIAM :

The appellants have failed to make it clearly appear that error was committed by the chancellor, therefore, the decree is—

Affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.